729 A.2d 426

IN THE MATTER OF ROBERT B. CLARK,
AN ATTORNEY AT LAW.

May 12, 1999.
As Amended May 28, 1999.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **ROBERT B. CLARK,** formerly of **EAST ORANGE,** who was admitted to the bar of this State in 1979, and who thereafter was suspended from the practice of law by Order of this Court dated October 5, 1995, and who remains suspended at this time, be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1 .3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.5(a) (unreasonable fee), *RPC* 1.16(d) (failure to return unearned retainer or client files) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and said **ROBERT B. CLARK** having failed to appear on the return date of the Order to

Show Cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **ROBERT B. CLARK** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **ROBERT B. CLARK**, pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **ROBERT B. CLARK** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.